UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ELI GOTTESDIENER,** | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 08-618 (RCL) |
| **INTERNAL REVENUE SERVICE,** | ) |
| Defendant. | ) |

## ORDER

Plaintiff's residence address was not provided in the caption of the complaint.  *See* LCvR 5.1(e).  Plaintiff shall, within 10 days of this date, file an amended complaint that complies with the local rule.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on April 15, 2008.