IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ELI GOTTESDIENER**, | : <br> : <br> : |
| Plaintiff, | : <br> :     08-CV-00618 (RCL) |
| v. | : <br> : |
| **INTERNAL REVENUE SERVICE**, | : <br> : |
| Defendant. | : <br> : |

**DECLARATION OF CANDIS CONOVER**

I, Candis Conover, declare under penalty of perjury pursuant to 18 U.S.C. § 1746:

1. I am filing this affidavit of service in connection with the complaint recently filed herein.

2. On April 17, 2008 I caused the defendant Internal Revenue Service ("IRS") to be served with the summons and complaint in the above-entitled action by sending same via certified mail to the IRS at 1111 Constitution Avenue, N.W., Washington, D.C. 20224, return receipt requested. The IRS acknowledged service on April 21, 2008 as evidenced by the receipt card from the U.S. Postal Service for item No. 7006-2150-0001-8247-7882.

3. On April 17, 2008 I caused the United States Attorney for the District of Columbia ("U.S. Attorney") to be served with the summons and complaint by sending same via certified mail to him at 555 4th Street, N.W., Washington, D.C. 20530, return receipt requested. The U.S. Attorney acknowledged service on April 28, 2008 as evidenced by the receipt card from the U.S. Postal Service for item No. 7006-2150-0001-8247-7899.

4. On April 17, 2008, I caused the Attorney General of the United States to be served

with the summons and complaint by sending same via certified mail to him at United States Department of Justice, Washington, D.C. 20530, return receipt requested. The Attorney General acknowledged service on April 23, 2008 as evidenced by the receipt card from the U.S. Postal Service for item No. 7006-2150-0001-8247-7875.

    I, Candis Conover, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the foregoing is true and correct.

*/s Candis Conover*
Candis Conover