IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ELI GOTTESDIENER**,  :<br>  :<br>Plaintiff,  :<br>  :     08-CV-00618 (RCL)<br>v.  :<br>  :<br>**INTERNAL REVENUE SERVICE**,  :<br>  :<br>Defendant.  :  | |

**CERTIFICATE OF SERVICE**

I certify that, on April 17, 2008, I caused the Complaint and Summons to be served via certified mail on the following:

Internal Revenue Service
1111 Constitution Avenue, N.W.
Washington, D.C. 20224

United States Attorney for the District of Columbia
555 4th Street, N.W.
Washington, D.C. 20530

Attorney General of the United States
United States Department of Justice
Washington, D.C. 20530

In further support of this Certificate of Service, *see* Declaration of Candis Conover (Doc. 4) and also *see* attached hereto as Exhibit 1, scans of the original Domestic Return Receipts (front and back) received back from the United States Postal Service after service was made on the IRS, the U.S. Attorney and the Attorney General, as set forth in the Conover Declaration.

Note: the Domestic Return Receipt for the IRS was returned without a signature expressly indicating acknowledgement of receipt. However, it was returned to Plaintiff via the

United States Postal Service indicating that delivery was made and the Receipt detached for return to the sender in recognition of receipt.  It also bears a stamp on the front side showing that it was processed through the United States Postal Service via (apparently) a station in Virginia.

Further confirming service and receipt of service, attached hereto is Exhibit 2, a screenshot of the applicable pages of the United States Postal Service website, by which my office tracked delivery.  Exhibit 2 specifically shows item 7006-2150-0001-8247-7882, directed to the IRS, was delivered to the IRS at 10:30 am, April 21, 2008.  (Ex. 2 also shows delivery was made as set forth in the Conover Declaration on the U.S. Attorney and the Attorney General on April 28, 2008).

*/s Eli Gottesdiener*

Eli Gottesdiener

4/21

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Internal Revenue Service
1111 Constitution Ave, NW
Washington DC 20224

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent   ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)   7006 2150 0001 8247 7882

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540



**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Attorney General of
the United States
US Department of Justice
Washington DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Kenneth Pyle_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Kenneth Pyle                    APR 2 3 2008

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7006 2150 0001 8247 7875

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

```
First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10
```

UNITED STATES POSTAL SERVICE

• Sender: Please print your name, address, and ZIP+4 in this box •

Candis Conover
Gottesdiener Law Firm
498 7th Street
Brooklyn NY 11215

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   US Attorney for the
   District of Columbia
   555 4th Street NW
   Washington DC 20001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Edward Trapen_   ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   APR 28 2008 / 04-28-2008

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   7006 2150 0001 8247 7899

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

UNITED STATES POSTAL SERVICE

• Sender: Please print your name, address, and ZIP+4 in this box •

Candis Conover
Gottesdiener Law Firm
498 7th Street
Brooklyn NY 11215



Home | Help | Sign In

**Track & Confirm** | FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7006 2150 0001 8247 7882**
Status: **Delivered**

Your item was delivered at 10:30 am on April 21, 2008 in WASHINGTON, DC 20224. A proof of delivery record may be available through your local Post Office for a fee.

Additional information for this item is stored in files offline.

**Track & Confirm**
Enter Label/Receipt Number.

| Site Map | Contact Us | Forms | Gov't Services | Jobs | Privacy Policy | Terms of Use | National & Premier Accounts |

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA    Postal Inspectors Preserving the Trust





**Track & Confirm** | **FAQs**

# Track & Confirm

## Search Results

Label/Receipt Number: **7006 2150 0001 8247 7875**
Status: **Delivered**

Your item was delivered at 11:19 am on April 21, 2008 in WASHINGTON, DC 20530. A proof of delivery record may be available through your local Post Office for a fee.

Additional information for this item is stored in files offline.

**Track & Confirm**
Enter Label/Receipt Number.

| Site Map | Contact Us | Forms | Gov't Services | Jobs | Privacy Policy | Terms of Use | National & Premier Accounts |

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA    Postal Inspectors Preserving the Trust





Home | Help | Sign In

**Track & Confirm** | FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7006 2150 0001 8247 7899**
Status: **Delivered**

Your item was delivered at 4:48 am on April 28, 2008 in WASHINGTON, DC 20530. A proof of delivery record may be available through your local Post Office for a fee.

Additional information for this item is stored in files offline.

**Track & Confirm**
Enter Label/Receipt Number.

Return to USPS.com Home >

| Site Map | Contact Us | Forms | Gov't Services | Jobs | Privacy Policy | Terms of Use | National & Premier Accounts |

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA    Postal Inspectors Preserving the Trust


Inspector General Promoting Integrity