FILED
JUL - 8 2008
Clerk, U.S. District and
Bankruptcy Courts

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ELI GOTTESDIENER, :
: 
Plaintiff, :
: 08-CV-00618 (RCL)
v. :
:
INTERNAL REVENUE SERVICE, :
:
Defendant. :

[~~proposed~~] ORDER

Upon consideration of the motion by plaintiff for entry of default and the entire record herein, it is hereby

ORDERED, that the Clerk shall enter a default against Defendant in the above-entitled action.

_____
Royce C. Lamberth
United States District Judge