Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**ELI GOTTESDIENER**

Plaintiff(s)

v.

Civil Action No. 08-618 (RCL)

**INTERNAL REVENUE SERVICE**

Defendant(s)

RE: INTERNAL REVENUE SERVICE

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on 4/21/2008, and an affidavit on behalf of the plaintiff having been filed, it is this 14th day of July, 2008 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _____
Deputy Clerk