UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAY 29 2009
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ELI GOTTESDIENER, )
                  )
    Plaintiff,    )
                  )
v.                )  Civil Action No. 08-618 (RCL)
                  )
INTERNAL REVENUE SERVICE, )
                  )
    Defendant.    )

## ORDER AND JUDGMENT

Upon consideration of the motion by plaintiff for entry of a default judgment filed pursuant to this Court's orders of December 2, 2008, and January 12, 2009, and the Court having carefully reviewed the plaintiff's motion and supporting exhibits, and the entire record herein, and having determined that plaintiff has established to the Court's satisfaction—pursuant to Rule 55(d) of the Federal Rules of Civil Procedure—that he is entitled by the evidence presented to the relief sought, it is hereby

ORDERED that the judgment is entered against Defendant in the above-entitled action.

It is further ORDERED, pursuant to 5 U.S.C. § 552(a)(4)(B), that Defendant is enjoined from withholding from Plaintiff the records responsive to his January 18, 2007 FOIA request and

ORDERED to produce to him all responsive records within 30 days of the date of this Order.

SO ORDERED.

_____          5/29/09
Chief Judge Royce C. Lamberth        Date