# United States Court of Appeals
#### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

| | |
|---|---|
| **No. 09-5263** | **September Term 2008** |
| | 1:08-cv-00618-RCL |
| | Filed On: August 18, 2009 [1201508] |

Eli Gottesdiener,

    Appellee

    v.

Internal Revenue Service,

    Appellant

### O R D E R

Upon consideration of appellant's motion to dismiss the appeal, it is

**ORDERED** that the motion be granted, and this case is hereby dismissed.

The Clerk is directed to transmit forthwith to the United States District Court for the District of Columbia a certified copy of this order in lieu of formal mandate.

                                            **FOR THE COURT:**
                                            Mark J. Langer, Clerk

                            BY:    /s/
                                            Mark A. Butler
                                            Deputy Clerk