UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | § | |
|---|---|---|
| **ELI GOTTESDIENER,** | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 08-618 (RCL) |
| | § | |
| **INTERNAL REVENUE SERVICE,** | § | |
| Defendant. | § | |
| | § | |

## ORDER

The defendant having failed to demonstrate any basis for the extraordinary relief he seeks it his motion to alter or amend judgment under Rule 60(b)(6), the motion is hereby DENIED.  IF defendant cannot complete the search required by plaintiff at page 4 of his opposition, and produce the requested documents to the plaintiff within 30 days of this date, then plaintiff is granted leave to conduct such discovery as is necessary to demonstrate to the Court what further specific relief should be ordered in order to bring defendant into compliance with the Court's judgment in this case.

**SO ORDERED** this 11tht day of December 2009.

/s/
ROYCE C. LAMBERTH
Chief Judge
United States District Court